UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Neal D'Alessio, Kimberly Stevens, and Mark Beck, individually and on behalf of all others similarly situated

Plaintiff,

-v-

Match Group, LLC

Defendant.

Case No. 1:21-cv-05765

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: July 6, 2021

Signature of Attorney

Attorney Bar Code: RK9477