**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NEAL D'ALESSIO, KIMBERLY STEVENS, and MARK BECK, individually and on behalf of all others similarly situated, | Case No. 21-CV-5765 |
| *Plaintiffs*, | |
| v. | |
| MATCH GROUP, LLC, | |
| *Defendant*. | |

## <u>MATCH GROUP, LLC'S RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Match Group, LLC provides the following disclosure:

1.      Match Group, LLC is a limited liability company organized and existing under the laws of the State of Delaware.  It is an indirect subsidiary of Match Group Inc., a publicly held company, also organized and existing under the laws of the State of Delaware.

Dated: New York, New York
　　　 August 9, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Keara M. Gordon*
　　  Keara M. Gordon

1251 Avenue of the Americas
New York, New York 10020
T: (212) 335-4632
F: (212) 884-8632
Email: keara.gordon@us.dlapiper.com

*Attorney for Defendant Match Group, LLC*