

6001 · Suite 404
487-2754
482.3636
firm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/27/21
```

September 24, 2021

The Honorable Judge Alison J. Nathan
United States District Court for the
 Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Request for Clarification of Scheduling Deadlines for Response and Reply to Defendant's Motion to Compel Arbitration** *and Stay the Action Pending Arbitration*, (DE 23), *Neal D'Alessio et al. v. Match Group, LLC, No. 21-5765 (S.D.N.Y.)*

Dear Judge Nathan:

    I represent Plaintiffs' Neal D'Alessio, et al. in the matter of *Neal D'Alessio, et al. v. Match Group, LLC, No. 21-5765 (S.D.N.Y.)*

    I write seeking clarification as to whether the Court will be issuing a Scheduling Order as to the timing for the response and reply to the Defendants Motion to Compel Arbitration.

    Thank you in advance for your consideration to this request.

Respectfully submitted,

*Marcus W. Corwin*
Marcus W. Corwin

> Plaintiffs shall file a response to Defendant's motion to compel arbitration, Dkt. No. 22, by October 8, 2021. Defendant shall file a reply by October 15, 2021.
>
> SO ORDERED.

*/s/ Alison J. Nathan*   9/27/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Seeking Justice for Consumers™