```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Neal D'Alessio, et al.,

               Plaintiffs,

–v–

Match Group, LLC,

               Defendant.

21-cv-5765 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendant shall by October 12, 2021, file a response to Plaintiffs' motion for limited discovery dated October 4, 2021.  Dkt. No. 29.

SO ORDERED.

Dated: October 5, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge