USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Neal D'Alessio, et al.,

        Plaintiffs,

–v–

Match Group, LLC,

        Defendant.

21-cv-5765 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiffs' motion for a partial lift of the stay on discovery is DENIED. Dkt. No. 29.

SO ORDERED.

Dated: October 14, 2021
      New York, New York

                               ALISON J. NATHAN
                             United States District Judge